# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GABRIEL CORRAL, et al., ) | |
| Plaintiff, ) | Case No. 2:10-cv-00465-RCJ-RJJ |
| vs. ) | **ORDER** |
| HOMEEQ SERVICING CORPORATION, et a., ) | Motion to Withdraw as Counsel (#24) |
| Defendants. ) | |

    This matter comes before the Court on Randolph Law Firm's Motion to Withdraw as Counsel (#24), filed on September 16, 2011. Randolph Law Firm requests the Court allow them to withdraw as attorneys of record for Plaintiffs Gabriel Corral and Dina Corral. To date, no party has filed an opposition to this motion and the time for opposition has now expired. Furthermore, the movants substantially establish good cause for the withdrawal. Accordingly,

    **IT IS HEREBY ORDERED** that Randolph Law Firm's Motion to Withdraw as Counsel (#24) is **granted**. Plaintiffs Gabriel and Dina Corral shall have until **Tuesday, November 1, 2011**, to advise the Court if they will retain new counsel.

    **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Gabriel and Dina Corral to the civil docket:

    **Gabriel and Dina Corral**

    **5805 Willowscreek Rd.**

    **North Las Vegas, Nevada, 89031**

. . .

. . .

1   **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Gabriel and Dina

2  Corral with a copy of this order at her last known addresses listed above.

3   DATED this 11th day of October, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge